IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-770 |
| ) | |
| HALAL AL-RAWAF, IBRAHIM ) | |
| AL-RASHOUDI, FAHAD AL-RASHOUDI, ) | |
| LULUH AL-RASHOUDI, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

On Defendants' Unopposed Motion for 30-Day Extension of Time Within Which to Respond to Complaint, and for good cause shown, it is hereby **ORDERED** that Defendants' time within which to respond to the Complaint is extended to and including August 15, 2014.

**IT IS SO ORDERED.**

This 9th day of July, 2014.

/s/ JFA
John F. Anderson
United States Magistrate Judge