**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-770 |
| ) | |
| HALAL AL-RAWAF, IBRAHIM ) | |
| AL-RASHOUDI, FAHAD AL-RASHOUDI, ) | |
| LULUH AL-RASHOUDI, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Deborah Anne Yates
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20008
> Deborah.yates@wilmerhale.com

> ___/s/ Jonathan R. DeFosse_____
> Jonathan R. DeFosse
> Virginia bar number 48220
> Attorney for Defendants
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> Telephone: 202-508-8132
> Facsimile:  202-508-8100
> Email: jonathan.defosse@shearman.com