IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:14-cv-00770-AJT-JFA**, Case Name **Muchira v. Al-Rawaf et al**
Party Represented by Applicant: **Winfred Muchira**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Andrew B. Weissman**
Bar Identification Number **See Attached**    State **DC; NY; CA**
Firm Name **Wilmer Culter Pickering Hale & Dorr LLP**
Firm Phone # **(202) 663 6000**    Direct Dial # **(202) 663 6612**    FAX # **(202) 663 6363**
E-Mail Address **andy.weissman@wilmerhale.com**
Office **Mailing** Address **1875 Pennsylvania Avenue, NW, Washington, DC 20006**

Name(s) of federal court(s) in which I have been admitted **See Attached**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    **8/12/14**
**Deborah Yates**    (Date)
(Typed or Printed Name)    **74773**
        (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)    (Date)

## Andrew B. Weissman

| | |
|---|---|
| **California** | 063628 – 03/18/1975 |
| **DC** | 245720 –12/21/1976 |
| **New York** | 4436135 – 09/21/2006 |
| **Federal Courts** | USDC Connecticut – 17460 – 06/28/2002 |
| | USDC Colorado –10/26/2000 |
| | USDC Maryland – 12673 – 03/18/1996 |
| | USDC District of Columbia – 05/02/1977 |
| | USDC Eastern District of Michigan – 03/28/2007 |
| | USDC South District of New York – 08/27/07 |
| | US Court of Federal Claims – 07/14/1983 |
| | US Court of Appeals Federal Circuit – 18757 – 04/27/1988 |
| | US Court of Appeals District of Columbia – 07/21/1981 |

US Court of Appeals:
    Second Circuit – 06/26/1991
    Third Circuit – 08/28/1989
    Fourth Circuit – 04/08/1997
    Eight Circuit – 04/12/1994
    Ninth Circuit – 05/28/1991
    Tenth Circuit –

**US Supreme Court** – 07/21/1981