**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-770 |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE

PLEASE TAKE NOTICE that on Friday, September 5, 2014, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, the Defendants will present to the Court the Motion to Dismiss and to Quash Service

Dated: August 15, 2014                                Respectfully submitted,

   /s/ Jonathan R. DeFosse
Jonathan R. DeFosse
Virginia bar number 48220
Neil H. Koslowe (admitted *pro hac vice*)
Attorneys for Defendants
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-508-8132
Facsimile:  202-508-8100
Email: jonathan.defosse@shearman.com
          neil.koslowe@shearman.com

## **CERTIFICATE OF SERVICE**

I certify that today, August 15, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Deborah Anne Yates
> Wilmer Cutler Pickering Hale and Dorr LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20008
> Deborah.yates@wilmerhale.com

>   /s/ Jonathan R. DeFosse_____
> Jonathan R. DeFosse
> Virginia bar number 48220
> Neil H. Koslowe (admitted *pro hac vice*)
> Attorneys for Defendants
> Shearman & Sterling LLP
> 801 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> Telephone: 202-508-8132
> Facsimile:  202-508-8100
> Email: jonathan.defosse@shearman.com
>       neil.koslowe@shearman.com