UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Winfred Muchira

CIVIL ACTION NO.:
1:14-CV-00770-AJT-JFA

vs

Plaintiff

Halah Al-Rawaf, et al.,

Defendant

## AFFIDAVIT OF SERVICE

State of Virginia }
County of Fairfax } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in

That on **10/10/2014** at **2:48 PM** at **4100 Chain Bridge Road, 12th Floor, Fairfax, VA 22030**

deponent served a(n) **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action**

on **Fairfax County Police Department Internal Affairs Division**,

by delivering thereat a true copy to **D. White** personally,

deponent knew said agency so served to be the agency witness and knew said individual to be **2nd Lieutenant, Authorized Agent** thereof.

Description of Person Served:
Gender: Male
Skin: White
Hair: Bald
Age: 40 - 50 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

Sworn to before me this
10th day of October, 2014
NOTARY PUBLIC

Anthony J. Stefano