DECLARATION OF WINFRED MUCHIRA (███████████████) IN SUPPORT OF HER APPLICATION FOR T NONIMMIGRANT STATUS

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICES
VERMONT SERVICE CENTER
ST. ALBANS, VT

IN THE MATTER OF:                )
                                 )
**WINFRED MUCHIRA**              )
                                 )
         Applicant               )
                                 )

## DECLARATION OF WINFRED MUCHIRA IN SUPPORT OF HER APPLICATION FOR T NONIMMIGRANT STATUS

I, Winfred Muchira, hereby state under penalty of perjury that the following statements are true and accurate to the best of my knowledge, information, and belief, and that I incorporate the following statements into my application for a T-Visa.

### INTRODUCTION

1. My name is Winfred Muchira. I was born in Kenya on February 28, 1978. I currently live in ███████████.

2. I entered the United States in late July or August, 2012 on what I believe was a work visa as a domestic worker. I came to the United States to work for Mrs. Halah Al-Rawaf ("Al-Rawaf"), with whom I travelled to the United States from Saudi Arabia. I had previously worked as a domestic worker for Al-Rawaf and her family in Saudi Arabia. I worked grueling hours for Al-Rawaf every day. I was underpaid, lied to, kept in isolation, prevented from leaving, and stripped of my passport. In total, I worked for Al-

1

DECLARATION OF WINFRED MUCHIRA (███████████████████) IN
SUPPORT OF HER APPLICATION FOR T NONIMMIGRANT STATUS

78. As I prepared to leave, I grew terrified about the house alarm. I had lived for so long in fear of setting off the alarm that I could not imagine doing it on purpose. Detective Woolf came to the house. I was shaking. I talked to Detective Woolf from inside the house. I asked him, "What about the alarm?" He told me not to worry about the alarm, that he was right out front, and I should just gather my things in my arms and come out.

79. Opening that door was one of the hardest things I've ever done in my life. The alarm went off. Detective Woolf hurried me to the car. It was very scary and I could not believe it was happening.

80. Almost immediately, my cell phone started ringing. It was Al-Rawaf, and I was sure she was calling about the alarm. I could not bring myself to answer. I felt I would surely die if I answered the phone. I turned off the phone instead.

81. Detective Woolf drove me to the police station where, on that same day, I met Victoria Hougham from the Polaris Project, who took me to a hotel in Virginia.

### MY LIFE SINCE MY BEING RESCUED

82. Since leaving the family, I have moved to ███████████ where I share an apartment with a roommate. I have worked continuously as a cleaning lady.

83. Also, I am hoping to enroll in courses at ███████████████████ to study nutrition. I hope to use my education to help support my family. I am very interested in nutrition because I like helping people in the community. I have also worked in a hotel kitchen and prepared food as a housegirl. The type of nutrition courses I would like to take are not available in Kenya.

20