# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HALAH AL-RAWAF, *et al.*, ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:14-cv-770 |

## NOTICE OF INDEPENDENT MENTAL EXAMINATION OF WINFRED MUCHIRA

In accordance with Fed. R. Civ. P. 35, and as authorized by the Court and agreed to by counsel, defendants Halah Alrawaf *et al.* notify plaintiff Winfred Muchira that Ms. Muchira shall submit to an independent mental examination. The examiner will be Dr. Eindra Khin Khin, George Washington University Medical Faculty Associates, Department of Psychiatry, D.C. License Number MD037242. The examination will take place on November 12, 2014, commencing at 9:00 A.M., at 2120 L Street, N.W., Suite 600, Washington, DC 20037. The scope of the examination will be to ascertain whether or to what extent Ms. Muchira has suffered or is suffering from the conditions she describes in her complaint and whether or to what extent such conditions were caused by defendants. The examiner may orally test Ms. Muchira, but the examination will not involve any neuropsychological testing or the drawing of any bodily fluids.

Dated: October 29, 2014

Respectfully submitted,

　/s/ Neil H. Koslowe　
Neil H. Koslowe (*admitted pro hac vice*)
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-508-8118
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that today, October 29, 2014, I served the foregoing Notice of Mental Examination of Winfred Muchira on plaintiff by causing a copy to be sent by e-mail to plaintiff's counsel of record:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006

>  /s/   Neil H. Koslowe
> Neil H. Koslowe
> *Attorney*.