# Exhibit B

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Winfred Muchira | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:14-cv-00770-AJT-JFA |
| Halah Al-Rawaf et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   Victoria Hougham, service to be accepted by Lesley Reynolds, Fulbright & Jaworski, 801 Pennsylvania Avenue,
        N.W., Washington, DC 20004-2623, telephone: 202-662-0247

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:  Shearman & Sterling, LLP<br>          801 Pennsylvania Avenue, N.W., 9th Floor<br>          Washington, DC 20004 | Date and Time:<br>          11/05/2014 10:00 am |
|---|---|

        The deposition will be recorded by this method:   stenographic and videographic means

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  Produce all documents related to Winfred Muchira at Shearman & Sterling, LLP, 801 Pennsylvania Avenue, N.W., 9th Floor, Washington, DC 20004, on or before October 29, 2014.

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/22/2014

          *CLERK OF COURT*
                                                    OR  _____ (VA 45630)
          _____                    *Attorney's signature*
             *Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Halah AlRawaf et al
                                                                                , who issues or requests this subpoena, are:

Neil H. Koslowe, 801 Pennsylvania Ave., N.W., Washington, DC 20004; neil.koslowe@shearman.com; 202-508-8118
~~and Jay McDannell, same address, jmcdannell@potomaclaw.com~~

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).