**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| WINFRED MUCHIRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-00770-AJT-JFA |
| | ) | |
| HALAH AL-RAWAF, *et al.*, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| | ) | |

## NOTICE

PLEASE TAKE NOTICE that pursuant to the Court's Scheduling Order (Dkt. No. 34 § 12(d)), on Friday, December 19, 2014, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendants will present to the Court Defendants' Motion to Compel Discovery.

Dated:  December 12, 2014

                                                         Respectfully submitted,

                                                          /s/ Jay M. McDannell
                                                         Jay M. McDannell (VA Bar No. 45630)
                                                         Potomac Law Group, PLLC
                                                         1300 Pennsylvania Avenue, N.W.
                                                         Suite 700
                                                          Washington, DC 20004
                                                         Telephone:  703-718-0171
                                                         Email:  jmcdannell@potomaclaw.com

                                                         Neil H. Koslowe (*admitted pro hac vice*)
                                                         Shearman & Sterling LLP
                                                         801 Pennsylvania Avenue, N.W.
                                                         Washington, DC 20004
                                                         Telephone:  202-508-8118
                                                         Email:  neil.koslowe@shearman.com

                                                         *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, December 12, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email:  deborah.yates@wilmerhale.com

>  /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone:  703-718-0171
>Email:   jmcdannell@potomaclaw.com
>*Attorney for Defendants*