AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Winfred Muchira | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:14-cv-00770 |
| Halah Al-Rawaf, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Winfred Muchira                                                                                                        .

Date:       12/18/2014                                              /s/Gregory H. Lantier
                                                                    *Attorney's signature*

                                                            Gregory H. Lantier, No. 65657
                                                              *Printed name and bar number*

                                                     Wilmer, Cutler, Pickering, Hale and Dorr LLP
                                                              1875 Pennsylvania Ave. NW
                                                                 Washington, DC 20006

                                                                        *Address*

                                                          Gregory.Lantier@wilmerhale.com
                                                                   *E-mail address*

                                                                  (202) 663-6327
                                                                 *Telephone number*

                                                                  (202) 663-6363
                                                                    *FAX number*