## MOTION HEARING

Date: 12.19.14

Start: 10:40
Finish: 11:53

Judge: **John F. Anderson**
Reporter: FTR
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14.770cv

Muchira

vs.

Al-Rawaf et al

Appearance of Counsel for ( )Pltf   ( ) Deft
( ) Matter is Uncontested
Motion to/for:
56 Ds " to Compel — Granted in part, denied in part

Argued &
( ) Granted ( )Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( ) Order to Follow