

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0770 (AJT/JFA) |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Friday, December 19, 2014, counsel for the parties appeared before the court to present argument on defendants' Motion to Compel Discovery (Docket no. 58). Upon consideration of the motion, the memorandum in support (Docket no. 60), plaintiff's opposition (Docket no. 61), defendants' reply (Docket no. 62), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' Motion to Compel Discovery is granted in part and denied in part.

Entered this 19th day of December, 2014.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia