**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HALAH AL-RAWAF, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:14-cv-00770-AJT-JFA |

## **NOTICE**

PLEASE TAKE NOTICE that pursuant to the Court's Scheduling Order (Dkt. No. 34 § 12(d)), on Friday, January 9, 2015, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendants will present to the Court Defendants' Motion for a Statutory Stay.

Dated:  December 31, 2014

                                                                                    Respectfully submitted,

                                                                                 /s/ Jay M. McDannell
                                                                  Jay M. McDannell (VA Bar No. 45630)
                                                                  Erica J. Mueller
                                                                  Luisa Caro
                                                                  Potomac Law Group, PLLC
                                                                  1300 Pennsylvania Avenue, N.W.
                                                                  Suite 700
                                                                  Washington, DC 20004
                                                                  Telephone:  703-718-0171
                                                                  Email:  jmcdannell@potomaclaw.com

                                                                  Neil H. Koslowe (*admitted pro hac vice*)
                                                                  Shearman & Sterling LLP
                                                                  801 Pennsylvania Avenue, N.W.
                                                                  Washington, DC 20004
                                                                  Telephone:  202-508-8118
                                                                  Email:  neil.koslowe@shearman.com

                                                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, December 31, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

        Deborah Anne Yates
        Wilmer Cutler Pickering Hale & Dorr, LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Email: deborah.yates@wilmerhale.com

        /s/ Jay M. McDannell
        Jay M. McDannell (VA Bar No. 45630)
        Potomac Law Group, PLLC
        1300 Pennsylvania Avenue, N.W.
        Suite 700
        Washington, DC 20004
        Telephone: 703-718-0171
        Email: jmcdannell@potomaclaw.com
        *Attorney for Defendants*