# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| WINFRED MUCHIRA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>HALAH AL-RAWAF, *et al.,*  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 1:14-cv-00770<br>(AJT/JFA) |

### DEFENDANTS' RENEWED MOTION
### TO COMPEL DISCOVERY, MOTION FOR SANCTIONS, AND
### MOTION FOR EXTENSION OF DISCOVERY PERIOD

Defendants Halah Alrawaf, Ibraheem Alrashoudi, Fahad Alrashoudi, and Luluh Alrashoudi, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 37 and Local Civil Rule 37, respectfully move the Court to compel discovery, to impose sanctions, and extend the discovery period.

Dated: January 2, 2015                                           Respectfully submitted,


   /s/ Jay M. McDannell
Jay M. McDannell (VA Bar No. 45630)
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone: 703-718-0171
Email: jmcdannell@potomaclaw.com

Neil H. Koslowe (*admitted pro hac vice*)
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-508-8118
Email: neil.koslowe@shearman.com
*Attorneys for Defendant*

## **CERTIFICATE OF CONSULTATION AMONG COUNSEL**

Pursuant to Local Civil Rules 7(E) and 37(E), I certify that counsel for Defendants conferred with counsel for Plaintiff Muchira via telephone conference on December 31, 2014 and through extensive email exchanges, in a good faith effort to resolve the matter at issue in this motion.

    /s/ Jay M. McDannell
Jay M. McDannell (VA Bar No. 45630)
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone: 703-718-0171
Email: jmcdannell@potomaclaw.com

## **CERTIFICATE OF SERVICE**

I certify that today, January 2, 2015, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email: deborah.yates@wilmerhale.com

>   /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone: 703-718-0171
>Email: jmcdannell@potomaclaw.com