**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA,            )<br>                             )<br>         Plaintiff,           )<br>                             )<br>    v.                       )<br>                             )<br>HALAH AL-RAWAF, *et al.*,    )<br>                             )<br>         Defendants.         )<br>                             ) | Civil Action No. 1:14-cv-00770 (AJT/JFA) |

## **NOTICE**

PLEASE TAKE NOTICE that pursuant to the Court's Scheduling Order (Dkt. No. 34 § 12(d)), on Friday, January 9, 2015, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendants will present to the Court Defendants' Renewed Motion to Compel, for Sanctions, and for Extension of Discovery Period.

Dated:  January 2, 2015

                                              Respectfully submitted,

                                              /s/ Jay M. McDannell
                                           Jay M. McDannell (VA Bar No. 45630)
                                           Potomac Law Group, PLLC
                                           1300 Pennsylvania Avenue, N.W.
                                           Suite 700
                                           Washington, DC 20004
                                           Telephone:  703-718-0171
                                           Email:  jmcdannell@potomaclaw.com

                                           Neil H. Koslowe (*admitted pro hac vice*)
                                           Shearman & Sterling LLP
                                           801 Pennsylvania Avenue, N.W.
                                           Washington, DC 20004
                                           Telephone:  202-508-8118
                                           Email:  neil.koslowe@shearman.com

                                           *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I certify that today, January 2, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email: deborah.yates@wilmerhale.com

>  /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone: 703-718-0171
>Email: jmcdannell@potomaclaw.com
>*Attorney for Defendants*