# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>                Plaintiff,<br><br>v.<br><br>HALAH AL-RAWAF, *et al.*,<br><br>                Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA |

## **NOTICE**

PLEASE TAKE NOTICE that pursuant to this Court's January 2, 2015 notice, Defendants will present to the Court Defendants' Motion for a Statutory Stay before Judge Anthony Trenga on Friday, January 16, 2015, at 10:00 a.m. or at such other time as the Court may order.

Dated:  January 5, 2014

                                                    Respectfully submitted,

                                                     /s/ Jay M. McDannell
Jay M. McDannell (VA Bar No. 45630)
Erica J. Mueller
Luisa Caro
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone:  703-718-0171
Email:  jmcdannell@potomaclaw.com

Neil H. Koslowe (*admitted pro hac vice*)
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  202-508-8118
Email:  neil.koslowe@shearman.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, January 5, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email:  deborah.yates@wilmerhale.com

>   /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone:  703-718-0171
>Email:  jmcdannell@potomaclaw.com
>*Attorney for Defendants*