IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-770 (AJT/JFA) |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants' Motion for Statutory Stay Pursuant to 18 U.S.C. § 1595(b)(1) [Doc. No. 70]. Upon consideration of the Motion, it is hereby

ORDERED that Plaintiff file its response to the Motion by 5:00 p.m. on Monday, January 12, 2015.

The Clerk is directed to forward copies of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

January 6, 2015
Alexandria, Virginia