# Exhibit 2

facebook

Email or Phone  
winfred.muchira.3  
☑ Keep me logged in

Password  
Forgot your password?

Log In

## No Email Access

We're sorry you're having trouble recovering your email address. Unfortunately, this means we can't verify who you are or give you access to the Facebook account you're trying to log into. We may hide the information on your Facebook account if we detect that you cannot regain access to it.

To learn more about how to access your Facebook account, please see our Login Problems Help Page

Done

| Sign Up | Log In | Mobile | Find Friends | Badges | People | Pages | Places | Games |
| Locations | About | Create Ad | Create Page | Developers | Careers | Privacy | Cookies | Terms |
| Help | | | | | | | | |

Facebook © 2014  
English (US)