# Exhibit 3

 facebook.com

# facebook



**Winfred Muchira**

Facebook User

You've successfully confirmed your identity. For your security, you must wait before you can access your account.

Please come back in 23 Hours and 59 Minutes by logging in using your new phone number and password.