# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>Plaintiff,<br><br>vs.<br><br>HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County<br><br>Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I certify that on January 7, 2015, I electronically filed Docket Entry No. 79, Declaration re [78] Memorandum in Opposition, (Declaration of Deborah Yates in Support of Opposition), with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to counsel of record.

                              ___/s/__Deborah Anne Yates_____
                              Deborah Anne Yates (VA Bar No. 74773)
                              deborah.yates@wilmerhale.com
                              WILMER CUTLER PICKERING HALE & DORR LLP
                              1875 Pennsylvania Avenue, N.W.
                              Washington, D.C. 20006
                              Telephone: 202-663-6000
                              Fax: 202-663-6363