# Exhibit X



Profile

Contact Info

Wall

Photos

Synced Photos

Videos

Friends

Messages

Pokes

Events

Settings

**Security**

Ads

Private Notes

Mobile Devices

Places

Survey Responses

# Winfred Muchira

## Account status changes

Account Deactivated
Tuesday, December 16, 2014 at 6:30pm EST
Account Deactivated
Tuesday, December 16, 2014 at 6:30pm EST
Account Reactivated
Friday, December 26, 2014 at 12:21pm EST

## Active Sessions

Unknown

Created: Friday, December 26, 2014 at 12:21pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

## Account Activity

Login

Friday, December 26, 2014 at 12:21pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

Checkpoint Cleared

Friday, December 26, 2014 at 12:21pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

Checkpoint Flow Started

Friday, December 26, 2014 at 12:20pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

Checkpoint Enrolled

Friday, December 26, 2014 at 12:20pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

Login checks failed

Friday, December 26, 2014 at 12:20pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...QMaY

Login checks failed

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Checkpoint Cleared

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Winsted Muchira - Security

Checkpoint Flow Started

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Checkpoint Cleared

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Mobile Session Terminated

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Api Session Terminated

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Password Change

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Checkpoint Enrolled

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Api Session Terminated

Friday, December 26, 2014 at 12:19pm EST
IP Address: 64.125.175.43
Browser: Mozilla/5.0 (compatible; MSIE 10.0; Windows NT 6.1; WOW64; Trident/6.0)
Cookie: ...rZtQ

Checkpoint Enrolled

Thursday, December 25, 2014 at 8:20am EST
IP Address: 96.231.149.86
Browser: Mozilla/5.0 (iPad; CPU OS 7_1 like Mac OS X) AppleWebKit/537.51.2 (KHTML, like Gecko)
Version/7.0 Mobile/11D167 Safari/9537.53
Cookie: ...c-s3

Api Session Terminated

Thursday, December 25, 2014 at 8:20am EST
IP Address: 96.231.149.86
Browser: Mozilla/5.0 (iPad; CPU OS 7_1 like Mac OS X) AppleWebKit/537.51.2 (KHTML, like Gecko)
Version/7.0 Mobile/11D167 Safari/9537.53
Cookie: ...c-s3

Login

Tuesday, June 24, 2014 at 9:09pm EDT
IP Address: 172.56.29.139
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

Web Session Terminated

Thursday, June 5, 2014 at 11:28am EDT
IP Address: 172.56.29.46

Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Session updated

Thursday, June 5, 2014 at 11:08am EDT
IP Address: 172.56.29.46
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Session updated

Thursday, June 5, 2014 at 10:06am EDT
IP Address: 172.56.29.46
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Session updated

Thursday, June 5, 2014 at 7:44am EDT
IP Address: 172.56.3.247
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Session updated

Thursday, June 5, 2014 at 6:43am EDT
IP Address: 172.56.3.247
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Login

Thursday, June 5, 2014 at 12:56am EDT
IP Address: 172.56.3.247
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Login

Thursday, April 24, 2014 at 4:21pm EDT
IP Address: 208.54.90.130
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Api Session Terminated

Thursday, April 24, 2014 at 4:21pm EDT
IP Address: 208.54.90.130
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Web Session Terminated

Thursday, April 24, 2014 at 4:21pm EDT
IP Address: 208.54.90.130
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Password Change

Thursday, April 24, 2014 at 4:21pm EDT
IP Address: 208.54.90.130
Browser: Mozilla/5.0 (Linux; U; Android 2.2.1; en-us; HTC-A9192/1.0 Build/FRG83D) AppleWebKit/533.1
(KHTML, like Gecko) Version/4.0 Mobile Safari/533.1
Cookie: ...DFQp

### Session updated