# Exhibit Y



# Winfred Muchira

Friday, December 26, 2014 at 12:19pm EST
Winfred Muchira changed her phone number to (703)　　　65.

Wednesday, October 1, 2014 at 5:15pm EDT
Winfred Muchira was invited to VOTE KISEMBO JORAM FOR BUNYANGABU COUNTY by Tuboine Muhindo Wildry.

Saturday, July 5, 2014 at 3:29pm EDT
Winfred Muchira and MD Hassan Raja are now friends.

Thursday, June 5, 2014 at 11:15am EDT
Winfred Muchira changed her phone number to (703)　　　65.

Thursday, June 5, 2014 at 11:02am EDT
Winfred Muchira updated her status.

> Uuuui i have many ,fb accounts,God help me.am doing chat with them all eheheeeeee!!!!

Thursday, June 5, 2014 at 12:57am EDT
Winfred Muchira and Muchira Wa Njeri are now friends.

Thursday, June 5, 2014 at 12:57am EDT
Winfred Muchira and Paulo Sergio are now friends.

Thursday, June 5, 2014 at 12:57am EDT
Winfred Muchira and Peter Semei are now friends.

Thursday, June 5, 2014 at 12:57am EDT
Winfred Muchira and Dickson Muchira are now friends.

Thursday, June 5, 2014 at 12:57am EDT
Winfred Muchira and Karl Peters Muchiri are now friends.

Tuesday, May 20, 2014 at 12:13am EDT
Winfred Muchira and Mwangi Peter are now friends.

Saturday, April 26, 2014 at 11:22am EDT
Winfred Muchira and Mark Gatere are now friends.

Wednesday, April 23, 2014 at 9:14pm EDT
Winfred Muchira likes Njogu Njoroge.

Wednesday, April 23, 2014 at 9:08pm EDT
Winfred Muchira added a new photo to the album Mobile Uploads.

> Mmmmh dream ,dream,i love this!!!!

Wednesday, April 23, 2014 at 9:07pm EDT
Winfred Muchira updated her status.

> Lord i cover u children with the blood of u son jesus christ ad i declare no evil will find them in Jesus mighty name i declare .amen.

Wednesday, April 23, 2014 at 8:11pm EDT
Winfred Muchira changed her profile picture.

Tuesday, April 22, 2014 at 5:54am EDT
Florence Mithamo wrote on your timeline.

> wee kairitu gaitu,niki wakira uguo na ni credit gutari ya kuhura !mabeste wako wanakusalimia .wamamiss yoghut tu na juice ya avocado!

Friday, April 18, 2014 at 1:04pm EDT
Winfred Muchira shared Pst Henry Wachira's photo.

> My daddy back kenya.fire fire!!!uuuuu.

**Sidebar:** Profile · Contact Info · **Wall** · Photos · Synced Photos · Videos · Friends · Messages · Pokes · Events · Settings · Security · Ads · Private Notes · Mobile Devices · Places · Survey Responses

## Partially Redacted