# Exhibit Z

```
12:30:10  A.     No.
12:30:10  Q.     Did you provide access to
12:30:11  your Facebook account prior to
12:30:13  filing suit to your attorneys?
12:30:16  A.     Can you say again?
12:30:17  Q.     Did you give your
12:30:18  attorneys access to your
12:30:19  Facebook account?
12:30:22  A.     Which because I have many.
12:30:23  There are some we did not find
12:30:26  our way out but some we did.
12:30:29  Q.     Prior to filing suit did
12:30:31  you give them access to your
12:30:32  Facebook account in June?
12:30:33  A.     Which account because my
12:30:35  attorney has many account of me,
12:30:37  so clarify which one because I
12:30:38  don't know from any of your
12:30:39  Facebook accounts.  Did you give
12:30:41  your attorney a.m. access to any
12:30:43  -- any information account.
12:30:45  A.     Yes, I believe so.
12:30:48  Q.     In June?
12:30:49  A.     Not about the month.  Not
12:30:51  about the answer of the month u
12:30:53  but they have one of my accessing,
12:30:55   some of my accessing and some
12:30:57  we have not yet found the
12:30:58  solution.
12:30:59  Q.     I'm asking web you gave
12:31:01  your attorneys access to the
12:31:02  account, from the time of
12:31:06  started about the question about
12:31:09  the Facebook account I've been
12:31:10  diving with they'll bout my
12:31:12  account (\the\to question
12:31:14  SHRAOUB).
12:31:15  Q.     I don't know I've answered
12:31:15  my question.  Before you filed
12:31:17  this Latin June of 2014, did you
12:31:21  give your attorneys access to
12:31:24  any of your Facebook accounts?
12:31:26  MS. YATES:  You know, I'm going
12:31:28  to -- I'm going to object to
12:31:30  this question.
12:31:32  THE WITNESS:  Me also.  I'm
12:31:33  sorry.
12:31:34  MS. YATES:  I'm going to object
12:31:34  to the question on the basis of
12:31:36  attorney-client privilege.
12:31:38  Q.     So are you instructing --
12:31:39  member?
12:31:40  MS. YATES:  I'm instructing you
12:31:40  not to answer.
12:31:43  MS. MUELLER:  You're?  String
12:31:44  her not to answer.
12:31:45  Q.     Ms. Muchira, did Luluh
```