# Exhibit BB

| # | Type | Direction | Timestamp | From/To | Message | Flag |
|---|---|---|---|---|---|---|
| 2658 | SMS Messages | Incoming | 3/28/2013 4:49:09 PM(UTC+0) | From: 456 | Free T-Mobile Msg: A refill of 10.00 has been added to your account. Your balance is 50.00. Thanks for refilling! | |
| 2659 | SMS Messages | Incoming | 3/28/2013 4:48:58 PM(UTC+0) | From: 456 | Free T-Mobile Msg: Thank you for applying a refill. Your plan has been renewed & will be available for 30 days. Visit http://My.T-Mobile.com for details. | |
| 2660 | Call Log | Outgoing | 3/28/2013 4:42:41 PM(UTC+0) | To: 611 Customer Care | | |
| 2661 | SMS Messages | Incoming | 3/28/2013 4:41:28 PM(UTC+0) | From: 32665012 | Dickson Muchira commented on your status: Kora njita welcome home girl | |
| 2662 | SMS Messages | Incoming | 3/28/2013 2:58:43 PM(UTC+0) | From: 32665031 | John: It was a repuest that u pls scan some of your photos n u send them to me thr the email i gave u. | |
| 2663 | SMS Messages | Incoming | 3/28/2013 2:58:41 PM(UTC+0) | From: 32665012 | Elizabeth Funch Christensen commented on your status: Amen | |
| 2664 | SMS Messages | Incoming | 3/28/2013 2:58:39 PM(UTC+0) | From: 32665031 | John: Thanx b 2 God. Have u ever noted that am on a wheelchair. | |
| 2665 | Cookies | | 3/28/2013 2:45:19 PM(UTC+0) | | | Yes |
| 2666 | Cookies | | 3/28/2013 2:45:19 PM(UTC+0) | | | Yes |
| 2667 | Cookies | | 3/28/2013 2:45:19 PM(UTC+0) | | | Yes |
| 2668 | SMS Messages | Incoming | 3/28/2013 2:45:18 PM(UTC+0) | From: 32665031 | John: Win nanjua haunja amka. But i want 2 wish u a blessed dai. Lv u so much. | |
| 2669 | SMS Messages | Incoming | 3/28/2013 2:45:18 PM(UTC+0) | From: 32665012 | Elizabeth Funch Christensen commented on your status: God bless you sis | |
| 2670 | SMS Messages | Incoming | 3/28/2013 2:45:18 PM(UTC+0) | From: 32665025 | Lydia Kagwe to you: thnx dear.God willing ill bring my dota next year to meet her dad 4 1st tym . | |
| 2671 | SMS Messages | Incoming | 3/28/2013 2:45:18 PM(UTC+0) | From: 32665031 | John: U r a blessing 2 me. Miss u. Lv u. | |
| 2672 | SMS Messages | Incoming | 3/28/2013 2:45:18 PM(UTC+0) | From: 32665012 | Agnes Favour commented on your status: how ar u,? do quite dear, why? | |
| 2673 | Cookies | | 3/28/2013 2:45:18 PM(UTC+0) | | www.live.com | Yes |
| 2674 | Cookies | | 3/28/2013 2:45:18 PM(UTC+0) | | home.live.com | Yes |
| 2675 | Cookies | | 3/28/2013 2:45:18 PM(UTC+0) | | home.live.com | Yes |
| 2676 | Cookies | | 3/28/2013 2:45:18 PM(UTC+0) | | mail.live.com | Yes |
| 2677 | Cookies | | 3/28/2013 2:45:18 PM(UTC+0) | | www.live.com | Yes |
| 2678 | SMS Messages | Incoming | 3/28/2013 2:45:16 PM(UTC+0) | From: 32665031 | John: Sawa dea. Ukae poa. | |
| 2679 | Cookies | | 3/28/2013 2:45:16 PM(UTC+0) | | | Yes |
| 2680 | Cookies | | 3/28/2013 2:45:16 PM(UTC+0) | | | Yes |
| 2681 | Cookies | | 3/28/2013 2:45:16 PM(UTC+0) | | | Yes |
| 2682 | SMS Messages | Incoming | 3/28/2013 2:45:15 PM(UTC+0) | From: 32665031 | John: Am just there. It has just started rain. | |
| 2683 | Cookies | | 3/28/2013 2:45:15 PM(UTC+0) | | mail.live.com | Yes |
| 2684 | Cookies | | 3/28/2013 2:45:14 PM(UTC+0) | | home.live.com | Yes |
| 2685 | Cookies | | 3/28/2013 2:45:14 PM(UTC+0) | | home.live.com | Yes |
| 2686 | SMS Messages | Incoming | 3/28/2013 2:45:13 PM(UTC+0) | From: 32665031 | John: Fine n ok. N what about. | |
| 2687 | Cookies | | 3/28/2013 2:45:13 PM(UTC+0) | | www.live.com | Yes |
| 2688 | Cookies | | 3/28/2013 2:45:13 PM(UTC+0) | | www.live.com | Yes |
| 2689 | SMS Messages | Incoming | 3/28/2013 2:45:12 PM(UTC+0) | From: 32665025 | Lydia: i receive that !!amen n God bless u. | |
| 2690 | SMS Messages | Incoming | 3/28/2013 2:45:11 PM(UTC+0) | From: 32665012 | Agnes Favour commented on your status: Psalm -23 pass through, kerukira kuu no ndugekare kuu, coz jesus is b4 u ad ua shepherd I'll make it | |
| 2691 | Cookies | | 3/28/2013 2:45:11 PM(UTC+0) | | home.live.com | Yes |
| 2692 | Cookies | | 3/28/2013 2:45:11 PM(UTC+0) | | home.live.com | Yes |
| 2693 | Cookies | | 3/28/2013 2:45:10 PM(UTC+0) | | www.live.com | Yes |
| 2694 | Cookies | | 3/28/2013 2:45:10 PM(UTC+0) | | www.live.com | Yes |
| 2695 | SMS Messages | Incoming | 3/28/2013 2:45:08 PM(UTC+0) | From: 32665037 | Kim: babes uko aje dearest ? | |
| 2696 | Cookies | | 3/28/2013 2:45:08 PM(UTC+0) | | mail.live.com | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 2697 | Cookies | | 3/28/2013 2:45:07 PM(UTC+0) | www.live.com | Yes |
| 2698 | Cookies | | 3/28/2013 2:45:07 PM(UTC+0) | home.live.com | Yes |
| 2699 | Cookies | | 3/28/2013 2:45:07 PM(UTC+0) | www.live.com | Yes |
| 2700 | Cookies | | 3/28/2013 2:45:07 PM(UTC+0) | home.live.com | Yes |
| 2701 | Cookies | | 3/28/2013 2:45:05 PM(UTC+0) | mail.live.com | Yes |
| 2702 | Cookies | | 3/28/2013 2:45:05 PM(UTC+0) | home.live.com | Yes |
| 2703 | Cookies | | 3/28/2013 2:26:01 PM(UTC+0) | home.live.com | Yes |
| 2704 | Cookies | | 3/28/2013 2:26:01 PM(UTC+0) | home.live.com | Yes |
| 2705 | Cookies | | 3/28/2013 2:26:00 PM(UTC+0) | www.live.com | Yes |
| 2706 | Cookies | | 3/28/2013 2:26:00 PM(UTC+0) | www.live.com | Yes |
| 2707 | Cookies | | 3/28/2013 2:25:55 PM(UTC+0) | home.live.com | Yes |
| 2708 | Cookies | | 3/28/2013 2:25:55 PM(UTC+0) | home.live.com | Yes |
| 2709 | Cookies | | 3/28/2013 2:25:54 PM(UTC+0) | www.live.com | Yes |
| 2710 | Cookies | | 3/28/2013 2:25:54 PM(UTC+0) | www.live.com | Yes |
| 2711 | Cookies | | 3/28/2013 2:25:53 PM(UTC+0) | mail.live.com | Yes |
| 2712 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2713 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | home.live.com | Yes |
| 2714 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2715 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2716 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | www.live.com | Yes |
| 2717 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | home.live.com | Yes |
| 2718 | Cookies | | 3/28/2013 2:25:52 PM(UTC+0) | www.live.com | Yes |
| 2719 | Cookies | | 3/28/2013 2:25:51 PM(UTC+0) | mail.live.com | Yes |
| 2720 | Cookies | | 3/28/2013 2:25:44 PM(UTC+0) | mail.live.com | Yes |
| 2721 | Cookies | | 3/28/2013 2:25:44 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2722 | Cookies | | 3/28/2013 2:25:44 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2723 | Cookies | | 3/28/2013 2:25:44 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2724 | Cookies | | 3/28/2013 2:25:43 PM(UTC+0) | home.live.com | Yes |
| 2725 | Cookies | | 3/28/2013 2:25:43 PM(UTC+0) | home.live.com | Yes |
| 2726 | Cookies | | 3/28/2013 2:25:38 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2727 | Cookies | | 3/28/2013 2:25:38 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2728 | Cookies | | 3/28/2013 2:25:38 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2729 | Cookies | | 3/28/2013 2:25:38 PM(UTC+0) | mail.live.com | Yes |
| 2730 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | www.live.com | Yes |
| 2731 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | home.live.com | Yes |
| 2732 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2733 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2734 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | snt134.mail.live.com | Yes |
| 2735 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | www.live.com | Yes |

| # | Type | | Date | | Source | Yes |
|---|---|---|---|---|---|---|
| 2736 | Cookies | | 3/28/2013 2:25:37 PM(UTC+0) | | home.live.com | Yes |
| 2737 | Cookies | | 3/28/2013 2:25:33 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2738 | Cookies | | 3/28/2013 2:25:33 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2739 | Cookies | | 3/28/2013 2:25:33 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2740 | Cookies | | 3/28/2013 2:25:32 PM(UTC+0) | | home.live.com | Yes |
| 2741 | Cookies | | 3/28/2013 2:25:32 PM(UTC+0) | | mail.live.com | Yes |
| 2742 | Cookies | | 3/28/2013 2:25:32 PM(UTC+0) | | home.live.com | Yes |
| 2743 | Cookies | | 3/28/2013 2:25:29 PM(UTC+0) | | www.live.com | Yes |
| 2744 | Cookies | | 3/28/2013 2:25:29 PM(UTC+0) | | www.live.com | Yes |
| 2745 | Cookies | | 3/28/2013 2:25:28 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2746 | Cookies | | 3/28/2013 2:25:06 PM(UTC+0) | | snt134.mail.live.com | |
| 2747 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2748 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2749 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | |
| 2750 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2751 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | |
| 2752 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2753 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | Yes |
| 2754 | Cookies | | 3/28/2013 2:24:57 PM(UTC+0) | | snt134.mail.live.com | |
| 2755 | Cookies | | 3/28/2013 2:24:55 PM(UTC+0) | | www.live.com | Yes |
| 2756 | Cookies | | 3/28/2013 2:24:55 PM(UTC+0) | | home.live.com | Yes |
| 2757 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2758 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2759 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2760 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2761 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2762 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | Yes |
| 2763 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2764 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2765 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2766 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2767 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2768 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2769 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2770 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2771 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2772 | Cookies | | 3/28/2013 2:24:53 PM(UTC+0) | | login.live.com | |
| 2773 | Cookies | | 3/28/2013 2:24:47 PM(UTC+0) | | mail.live.com | Yes |
| 2774 | Instant Messages | | 3/10/2013 12:09:23 PM(UTC+0) | From: 2AA125BF To: 27EB14E2 | Piz | |