## MOTION HEARING

Date: 1-9-15

Start: 10:23
Finish: 11:51

Judge: **John F. Anderson**
Reporter: **FTR**
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14-770 cv

Muchira

vs.

Al-Rawaf, et al

Appearance of Counsel for (✓) Pltf  (✓) Deft
( ) Matter is Uncontested
Motion to/for:
D's renewed motion to Compel - Granted-in-part
#3 Motion for Sanctions
   " extension of Discovery (granted for Defendants)

Argued &
( ) Granted  ( ) Denied  ( ) Granted in part/Denied in part
( ) Taken Under Advisement  ( ) Continued to

( ) Report and Recommendation to Follow
(✓) Order to Follow

1hr
28