IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED
JAN 9 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0770 (AJT/JFA) |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On Friday, January 9, 2015, counsel for the parties appeared before the court to present argument on defendants' Renewed Motion to Compel Discovery, Motion for Sanctions, and Motion for Extension of Discovery Period (Docket no. 73) ("Renewed Motion to Compel Discovery"). Upon consideration of the motion, the memorandum in support (Docket no. 75), plaintiff's opposition (Docket no. 78), defendants' reply (Docket no. 81), and for the reasons stated from the bench, it is hereby

ORDERED that defendants' Renewed Motion to Compel Discovery is granted in part and denied in part. As directed from the bench, plaintiff is ordered to provide the defendants with a complete response to Document Request No. 38 (including information from plaintiff's remaining two Facebook accounts, her nine e-mail accounts, and her Skype account) and a supplemental response to Interrogatory No. 9 by Friday, January 16, 2015 at 5:00 p.m. Plaintiff's failure to comply with this order may result in the imposition of sanctions under Federal Rule of Civil Procedure 37(b)(2)(A) and (c)(1), including a recommendation that the action be dismissed in whole or part, directing that

certain matters be taken as established for the purposes of this action, precluding the plaintiff from introducing certain evidence, or informing the jury of plaintiff's failure to provide information after being ordered to do so. In addition, defendants shall have three additional weeks in which to conduct discovery related to the belated production of information as discussed during the hearing. This extension of discovery does not apply to the plaintiff and will not disturb the final pretrial conference, currently set for Thursday, January 15, 2015 at 10:00 a.m. If additional material is produced by the plaintiff in response to this order, defendants may seek an additional enlargement of time based on that new information. Following the close of this extended discovery period, defendants will be provided with an opportunity to supplement their exhibit and witness lists. Given the unexplained failure of plaintiff's counsel to inform the defendants of the error in Dr. Goldsmith's report concerning his review of the plaintiff's public Facebook postings, if the defendants believe that an additional deposition of Dr. Goldsmith is necessary to further explore that issue, the plaintiff and her counsel shall be required to pay any expert fee for Dr. Goldsmith's time and the fee for the court reporter.

Entered this 9th day of January, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia