**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| WINFRED MUCHIRA, <br><br>       Plaintiff, <br><br> vs. <br><br> HALAH AL-RAWAF, <br> IBRAHIM AL-RASHOUDI, <br> FAHAD AL-RASHOUDI, <br> LULUH AL-RASHOUDI, <br> 10686 Waterfalls Lane <br> Vienna, VA 22182 <br> Fairfax County <br><br>       Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE

PLEASE TAKE NOTICE that on Friday, January 16, 2015, at 10:00 a.m., or as soon as the undersigned may be heard, Plaintiffs will present their Emergency Motion To Compel Electronic Devices That Could Have Accessed Plaintiff's Electronic Accounts.

DATED this 9th day of January, 2015

Respectfully submitted,

*/s/ Deborah A. Yates*
Deborah A. Yates (VA Bar No. 74773)
Gregory H. Lantier (VA Bar No. 65657)
James L. Quarles III (VA Bar No. 44993)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
deborah.yates@wilmerhale.com
gregory.lantier@wilmerhale.com
james.quarles@wilmerhale.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that today, January 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

*/s/ Deborah A. Yates*
Deborah A. Yates
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
deborah.yates@wilmerhale.com

*Counsel for Plaintiff*