IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| WINFRED MUCHIRA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:14-cv-770 (AJT/JFA) |
| HALAH AL-RAWAF, *et al.*, | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Would the Clerk please note the appearance of Lee B. Warren on behalf of the Plaintiff in this case. This appearance does not replace or withdraw the appearance of any counsel who have already noted an appearance in this case.

Respectfully submitted,

_____/s/_____
Lee B. Warren, Va. Bar 77446
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
lwarren@cookcraig.com
*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2015, I served a copy of the foregoing Notice of Appearance via ECF upon counsel for the parties addressed as follows:

Deborah Anne Yates, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6726
Fax: 202-663-6363
Email: deborah.yates@wilmerhale.com
*Counsel for Plaintiff*

Gregory Hayes Lantier, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Ave NW
Washington, DC 20006
(202) 663-6000
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com
*Counsel for Plaintiff*

Susan Rebbeca Podolsky, Esq.
The Law Offices of Susan R Podolsky
1800 Diagnal Road
Suite 600
Alexandria, VA 22314
571-366-1702
Fax: 703-647-6009
Email: spodolsky@podolskylaw.com
*Counsel for Plaintiff*

Jay Martin McDannell, Esq.
Berlik Law LLC
1818 Library Street
Suite 500
Reston, VA 20190
703-718-0171
Fax: 703-649-6459
Email: jmcdannell@McDannellLaw.com
*Counsel for Defendants*

Jonathan Richard DeFosse, Esq.
Shearman & Sterling LLP

801 Pennsylvania Ave, NW
Suite 900
Washington, DC 20004
(202) 508-8000
Fax: (202) 661-7374
Email: jonathan.defosse@shearman.com
*Counsel for Defendants*

     /s/
Lee B. Warren, Va. Bar 77446
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
lwarren@cookcraig.com
*Counsel for Plaintiff*