# UNITED STATES DISTRICT COURT
## Civil Minutes - General

Case No.: **14-CV-00770**  Date: **1-15-2015**
Court Time: **10:04 – 10:28**

Docket Entry: **FINAL PRETRIAL/MOTION HEARING**

**WINFRED MUCHIRA v. HALAH AL-RAWAF, et al**

Present: Honorable Anthony J. Trenga, U.S. District Judge

    Janice Allen, Deputy Clerk
    Rhonda Montgomery, Court Reporter

PROCEEDINGS:

Motion to Stay Pursuant to 18 U.S.C. 1595 [70] by deft. – GRANTED pending confirmation that the DOJ criminal investigation has been closed, at which time the pltf. shall submit a letter stating as such, from the Dept.
Summary Judgment motions are to be filed on or before 2/17/2015 with a hearing on the motions set for 3/20/2015 at 10:00 a.m.

**TRIAL:**
Case set for trial by JURY on 5/04/2015 at 10:00 a.m. (est. approx. 4 days)

Parties instructed to schedule a Settlement Conference with Magistrate Judge Anderson.