IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-770 (AJT/JFA) |
| | ) |
| HALAH AL-RAWAF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Defendants' Motion for Statutory Stay Pursuant to 18 U.S.C. § 1595(b)(1) [Doc. No. 70]. Upon consideration of the motion, the memoranda in support and in opposition thereto, the argument presented by the plaintiff's counsel and the defendants' counsel at the final pretrial conference held on January 15, 2015, and for the reasons stated in open court, it is hereby

ORDERED that Defendants' Motion for Statutory Stay [Doc. No. 70] be, the same hereby is, GRANTED pending confirmation from the plaintiff that the DOJ criminal investigation has been closed, following which, the plaintiff shall file a motion to lift the stay; it is further

ORDERED that the stay shall not apply to the plaintiff's outstanding discovery obligations or motions or any mutual exchanges or other activities that the parties may agree to in anticipation of or in preparation for the trial; it is further

ORDERED that the hearing currently scheduled for Friday, January 16, 2015 be, and the same hereby is, CANCELED; it is further

ORDERED that any summary judgment motions shall be filed on or before February 17, 2015; it is further

ORDERED that a hearing on any summary judgment motions shall take place on Friday, March 20, 2015; it is further

ORDERED that this matter be set for trial beginning on May 4, 2015.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

January 15, 2015
Alexandria, Virginia