## MOTION HEARING

Date: 1-16-15

Start: 10:56
Finish: 11:22

Judge: **John F. Anderson**
Reporter: FTR
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14-770 CV

Muchira

vs.

Al-Rawaf et al

Appearance of Counsel for ( ✓ ) Pltf ( ✓ ) Deft
( ) Matter is Uncontested
Motion to/for:

84 pltf's - (granted) to compel - denied

10' exten of time - granted

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
( ✗ ) Order to Follow

26