

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA,           ) | |
|                       ) | |
|       Plaintiff,       ) | |
|                       ) | |
|     v.               ) | Civil Action No. 1:14cv0770 (AJT/JFA) |

WINFRED MUCHIRA,                    )
                                    )
              Plaintiff,            )
                                    )
       v.                           )      Civil Action No. 1:14cv0770 (AJT/JFA)
                                    )
HALAH AL-RAWAF, *et al.*,           )
                                    )
              Defendants.           )
_____)

## ORDER

On Friday, January 16, 2015, counsel for the parties appeared before the court to present argument on plaintiff's Emergency Motion to Compel Electronic Devices That Could Have Accessed Plaintiff's Electronic Accounts (Docket no. 84) ("Emergency Motion to Compel"). Upon consideration of the motion, defendants' opposition (Docket no. 87), plaintiff's reply (Docket no. 99), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Emergency Motion to Compel is denied.

Entered this 16th day of January, 2015.

_____/s/_____
John F. Anderson
United States Magistrate Judge
_____
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia