Case 1:14-cv-00770-AJT-JFA   Document 104   Filed 01/16/15   Page 1 of 1 PageID# 1604



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:14cv0770 (AJT/JFA) |
| HALAH AL-RAWAF, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Before the court is plaintiff's Emergency Motion to Extend Time for Complying with the Court's January 9 Order (Docket no. 101) ("Emergency Motion to Extend Time"), which was not noticed for a hearing, but which the court considered after hearing argument from counsel on January 16, 2015. Noting the defendants' opposition, the court nevertheless finds good cause and no undue prejudice in granting plaintiff's Emergency Motion to Extend Time. Accordingly, it is hereby

ORDERED that plaintiffs' Emergency Motion to Extend Time is granted and the parties are directed to provide the court with a written status report by 5:00 p.m. on January 23, 2015.

This Order does not alter any other deadlines in this matter.

Entered this 16th day of January, 2015.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia