IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

WINFRED MUCHIRA, )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:14cv0770 (AJT/JFA)
)
HALAH AL-RAWAF, *et al.*, )
)
    Defendants. )
)

## ORDER

For the reasons stated during the telephone conference call with counsel on January 27, 2015, it is hereby

ORDERED that defendants' shall have two additional weeks in which to take the follow-up deposition of the plaintiff. This limited extension shall not, in and of itself, constitute a basis or reason for continuing any of the other dates and obligations of the parties currently existing.

Entered this 27th day of January, 2015.

                                                 /s/
                                        John F. Anderson
                                        United States Magistrate Judge

                                        John F. Anderson
                                        United States Magistrate Judge

Alexandria, Virginia