**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-00770 |
| ) | (AJT/JFA) |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' COUNTER-DESIGNATIONS OF DEPOSITION TRANSCRIPTS**

In accordance with Fed. R. Civ. P. 26(a)(3)(B), defendants counter-designate the following pages of the transcript of the deposition of Rose Ngigi, whose deposition was taken by the parties on November 3, 2014:

Pages 7-9, 11-22, 30-33, 35-36, 39-43, 45-46, 101, and 107.

    /s/ Jay M. McDannell
Jay M. McDannell (VA Bar No. 45630)
Luisa Caro (*admitted pro hac vice*)
Erica Mueller
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone:  703-718-0171
Email: jmcdannell@potomaclaw.com

Neil H. Koslowe (*admitted pro hac vice*)
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  202-508-8118
Email:  neil.koslowe@shearman.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, January 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

        Deborah Anne Yates
        Wilmer Cutler Pickering Hale & Dorr, LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Email: deborah.yates@wilmerhale.com

          /s/ Jay M. McDannell
        Jay M. McDannell (VA Bar No. 45630)
        Potomac Law Group, PLLC
        1300 Pennsylvania Avenue, N.W.
        Suite 700
        Washington, DC 20004
        Telephone: 703-718-0171
        Email: jmcdannell@potomaclaw.com