# Exhibit B

1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

- - - - - - - - - - - - - - - - x

WINFRED MUCHIRA,              :

    Plaintiff,            :

   vs.                      :Docket No.:

HALAH AL-RAWAF, et al.,       :1:14-cv-0770(AJT/JFA)

    Defendants            :

- - - - - - - - - - - - - - - - x

                             Washington, D.C.

                   Wednesday, November 19, 2014

     Video deposition of NICK NOBAKHT, held

at the Law Offices of Shearman & Sterling, 801

Pennsylvania Avenue, N.W., Washington, D.C.

commencing at 10:10 a.m., before Lohna Esteb, a

Notary Public in and for the District of Columbia.

```
                                                                  2
 1    APPEARANCES:
 2              Attorneys for the Plaintiff:
 3              DEBORAH YATES, ESQUIRE
 4              MITCHELL MORANIS, ESQUIRE
 5              Wilmer, Cutler, Pickering, Hale and
 6               Dorr, LLP
 7              1875 Pennsylvania Avenue, N. W.
 8              Washington, DC  20006
 9              (202)633-6726
10              (202) 633-6363 (fax)
11              Email: deborah.yates@wilmerhale.com
12                     mitchell.moranis@wilmerhale.com
13
14              Attorneys for Defendants:
15              NEIL H. KOSLOWE, ESQUIRE
16              Shearman & Sterling
17              801 Pennsylvania Avenue, N.W.
18              9th Floor
19              Washington, DC  20004
20              (202) 508-8118
21              (202) 508-8100 (fax)
22              Email: neil.koslowe@sherman.com
```

3

1  -and-
2           ERICA MUELLER, ESQUIRE
3           Potomac Law Group
4           1300 Pennsylvania Avenue, NW
5           Washington, D.C.  20004
6           (202) 204-3005
7           (202) 318-7707 (fax)
8           Email: emueller@potomaclaw.com
9
10  Also Present:
11  Max Wagenblast, Videographer
12
13
14
15
16
17
18
19
20
21
22

1  of living and she had left.

2      Q.  Did you make any further visits with the
3  family after that?

4      A.  I did, yes.

5      Q.  When was that?

6      A.  I guess a few months after that
7  conversation, usually related to landscaping, just,
8  you know, house-related stuff.

9      Q.  Did there come a time when the two-year
10 lease was about to expire?

11     A.  I'm sorry, can you repeat the question?

12     Q.  After these visits --

13     A.  Right.

14     Q.  -- I think you said earlier that the lease
15 that you signed, you and your wife signed, with the
16 family was for two years?

17     A.  Yes, it was.

18     Q.  When was that lease supposed to expire?

19     A.  In October of this year of 2014.

20     Q.  Did you have any discussions with the
21 family about what they were going to do about the
22 expiration of the lease?

1  A.  I didn't.  But he initiated the
2  conversation in August.  It was actually nice of him
3  because he was in Saudi Arabia.  He called me up, he
4  said that they were not going to extend the lease,
5  and that if we wanted to put the house up for sale
6  or for rent, we could go ahead and do so, and that
7  they wouldn't mind moving out earlier in case we
8  found a buyer or another renter.
9  Q.  By he, you mean Fahad?
10  A.  Fahad Al-Rashoudi, yes.
11  Q.  Did you have any conversations at any
12  point with an Ibrahim Al-Rashoudi?
13  A.  No, I did not.
14  Q.  Did you have any conversations with any
15  other member of the family other than the four
16  tenants?
17  A.  No, I did not.
18  Q.  When Fahad Al-Rashoudi made this call from
19  Saudi Arabia in August, what did you tell them?
20  A.  I told them I appreciated it and -- that
21  he had given me the heads up, and I wished him good
22  luck.  He said that the mother and the -- the older

50

1  **sister Luluh, they had decided to stay in Saudi**

2  **Arabia, and that Fahad and Sarah were the only ones**

3  **going back to the U.S. to continue their studies and**

4  **that they didn't need a 9,000 square foot home; they**

5  **just wanted an apartment.**

6  Q.   Did you have any subsequent conversations

7  with Fahad Al-Rashoudi or any member of the family?

8  **A.   After that conversation, yeah, plenty of**

9  **times, just back and forth as far as when they were**

10 **going to move their stuff out.  And then in one of**

11 **those conversations, that's when he brought up the**

12 **subject of this lady filing a lawsuit against them.**

13 Q.   By this lady, you mean Ms. Muchira?

14 **A.   Yes, Ms. Muchira, yeah.  Muchira.**

15 Q.   What did he tell you about that?

16 **A.   He said that she had claimed that she was**

17 **imprisoned and, you know, a bunch of other claims, I**

18 **guess.  And because of that, they could not come**

19 **back to the U.S. for the time being until they**

20 **resolved the matter.**

21 Q.   Were you surprised by what he told you?

22 **A.   Very much so, yes.**