## ** CIVIL MOTION MINUTES **

Date: **2/06/2015**                                      Judge: **Trenga**
                                                         Reporter: **R. Wilson**

Time: **10:19 – 10:47**

Civil Action Number: **1:14-cv-00770**

**WINFRED MUCHIRA**

vs.

**HALAH AL-RAWAF, et al**

Appearances of Counsel for     (**X**) Defendant          (**X**) Plaintiff

Motion to/for:
Motion to Lift the Statutory Stay re [98] Order on Motion to Stay [105] by pltf. – GRANTED.
Motion for Leave to File Sur-reply to docket [105] Motion to Lift the Statutory Stay re [98] Order on Motion to Stay [117] by deft. – GRANTED.

(  ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:  Deborah Yates                        Deft.:  Jay McDannell
        Gregory Lantier                              Neil Koslowe
        Jim Quarles