IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WINFRED MUCHIRA,

        Plaintiff,

vs.

HALAH AL-RAWAF,
IBRAHIM AL-RASHOUDI,
FAHAD AL-RASHOUDI,
LULUH AL-RASHOUDI,
10686 Waterfalls Lane
Vienna, VA 22182
Fairfax County

        Defendants.

Civil Action No. 1:14-cv-00770-AJT-JFA

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FOR WITHDRAWAL OF ANDREW B. WEISSMAN

It is hereby ORDERED that the Unopposed Motion for Withdrawal of Andrew B. Weissman as Counsel for Plaintiff is GRANTED.

ENTERED this 11th day of FEB, 2015.

/s/ John F. Anderson
United States Magistrate Judge
JOHN F. ANDERSON
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA