**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14-cv-00770-AJT-JFA |
| HALAH AL-RAWAF, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## **NOTICE**

PLEASE TAKE NOTICE that pursuant to this Court's January 15, 2015 Order, Defendants will present to the Court Defendants' Motion for Partial Summary Judgment before Judge Anthony Trenga on Friday, March 20, 2015, at 10:00 a.m. or at such other time as the Court may order.

Dated:  February 19, 2015

Respectfully submitted,

   /s/ Jay M. McDannell   
Jay M. McDannell (VA Bar No. 45630)
Erica J. Mueller
Luisa Caro
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone:  703-718-0171
Email:  jmcdannell@potomaclaw.com

Neil H. Koslowe (*admitted pro hac vice*)
Shearman & Sterling LLP
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  202-508-8118
Email:  neil.koslowe@shearman.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, February 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email: deborah.yates@wilmerhale.com

>    /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone: 703-718-0171
>Email: jmcdannell@potomaclaw.com
>*Attorney for Defendants*