**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **WINFRED MUCHIRA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HALAH AL-RAWAF, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 1:14-cv-00770 <br> (AJT/JFA) |

**DEFENDANTS' RENEWED MOTION FOR
DISCOVERY SANCTIONS AND MOTION FOR SPOLIATION SANCTIONS**

**Introduction and Summary**

Defendants Halah Alrawaf, Ibraheem Alrashoudi, Fahad Alrashoudi, and Luluh Alrashoudi (collectively, the "Saudi Family"), by and through counsel, hereby renew their motion for discovery sanctions and also move this Court for sanctions for the spoliation of evidence under Fed. R. Civ. P. 37 and Local Civil Rule 37 and this Court's inherent authority.

Dated:  February 25, 2015                    Respectfully submitted,

                                                        /s/ Jay M. McDannell
                                                     Jay M. McDannell (VA Bar No. 45630)
                                                     Luisa Caro (*admitted pro hac vice*)
                                                     Erica Mueller
                                                     Potomac Law Group, PLLC
                                                     1300 Pennsylvania Avenue, N.W., Suite 700
                                                     Washington, DC 20004
                                                     Telephone:  703-718-0171
                                                     Email: jmcdannell@potomaclaw.com

                                                     Neil H. Koslowe (*admitted pro hac vice*)
                                                     Shearman & Sterling LLP

801 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: 202-508-8118
Email: neil.koslowe@shearman.com
*Attorneys for Defendants*

## **CERTIFICATE OF CONSULTATION AMONG COUNSEL**

Pursuant to Local Civil Rules 7(E) and 37(E), I certify that counsel for Defendants have conferred with counsel for Plaintiff on multiple occasions about the issues found in this Motion in a good faith effort to resolve the discovery matters at issue in this motion.

   /s/ Jay M. McDannell
Jay M. McDannell (VA Bar No. 45630)
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, N.W.
Suite 700
Washington, DC 20004
Telephone: 703-718-0171
Email: jmcdannell@potomaclaw.com

**CERTIFICATE OF SERVICE**

I certify that today, February 25, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email:  deborah.yates@wilmerhale.com

>   /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone:  703-718-0171
>Email: jmcdannell@potomaclaw.com