**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| WINFRED MUCHIRA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HALAH AL-RAWAF, *et al.*, )<br>)<br>    Defendants. )<br>) | Civil Action No. 1:14-cv-00770-AJT-JFA |

**NOTICE**

PLEASE TAKE NOTICE that pursuant to the Court's Scheduling Order (Dkt. No. 34 § 12(d)), on Friday, March 6, 2015, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Defendants will present to the Court Defendants' Renewed Motion for Discovery Sanctions and Motion for Spoliation Sanctions.

Dated: February 25, 2015

                                                          Respectfully submitted,

                                                      /s/ Jay M. McDannell
                                                   Jay M. McDannell (VA Bar No. 45630)
                                                   Erica J. Mueller
                                                   Luisa Caro
                                                   Potomac Law Group, PLLC
                                                   1300 Pennsylvania Avenue, N.W.
                                                   Suite 700
                                                   Washington, DC 20004
                                                   Telephone:  703-718-0171
                                                   Email:  jmcdannell@potomaclaw.com

                                                   Neil H. Koslowe (*admitted pro hac vice*)
                                                   Shearman & Sterling LLP
                                                   801 Pennsylvania Avenue, N.W.
                                                   Washington, DC 20004
                                                   Telephone:  202-508-8118
                                                   Email:  neil.koslowe@shearman.com

                                                   *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that today, February 25, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send a notification of such filing (NEF) to the following:

>Deborah Anne Yates
>Wilmer Cutler Pickering Hale & Dorr, LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, DC 20006
>Email:  deborah.yates@wilmerhale.com

>  /s/ Jay M. McDannell
>Jay M. McDannell (VA Bar No. 45630)
>Potomac Law Group, PLLC
>1300 Pennsylvania Avenue, N.W.
>Suite 700
>Washington, DC 20004
>Telephone:  703-718-0171
>Email:  jmcdannell@potomaclaw.com
>*Attorney for Defendants*