IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>                Plaintiff,<br><br>vs.<br><br>HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County<br><br>                Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA<br><br>**JURY TRIAL DEMANDED** |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF
TIME TO RESPOND TO DEFENDANTS' RENEWED MOTION FOR DISCOVERY
SANCTIONS AND SPOLIATION SANCTIONS

Upon consideration of Plaintiff's Motion For Extension Of Time To Respond To Defendants' Renewed Motion For Discovery Sanctions And Spoliation Sanctions, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff's opposition to Defendants' Renewed Motion will be due on or before 5:00 on March 11, ~~and the remainder of the schedule will be in accordance with Local Civil Rule 7(F)(1)~~. DEFENDANTS' REPLY WILL BE DUE ON MARCH 17 AND THE HEARING IS RESCHEDULED TO MARCH 20, 2015 AT 10:00 A.M.

IT IS SO ORDERED

This 26th day of Feb., 2015

                                                      /s/ JFA
                                              John F. Anderson
                                              United States Magistrate Judge