IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:14cv0770 (AJT/JFA) |
| HALAH AL-RAWAF, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

On February 25, 2015, defendants filed a Renewed Motion for Discovery Sanctions and Motion for Spoliation Sanctions (Docket no. 129) ("Renewed Motion for Sanctions") and noticed that motion for a hearing on Friday, March 6, 2015 at 10:00 a.m. (Docket no. 131). Thereafter, plaintiff filed a Motion for Extension of Time to Respond to Defendants' Renewed Motion for Discovery Sanctions and Spoliation Sanctions (Docket no. 132), which the court granted, rescheduling the hearing on defendants' Renewed Motion for Sanctions to Friday, March 20, 2015 at 10:00 a.m. (Docket no. 133). In an effort to avoid scheduling conflicts with the hearing on defendants' Motion for Partial Summary Judgment (Docket no. 125), it is hereby

ORDERED that the hearing on defendants' Renewed Motion for Sanctions is advanced to **9:30 a.m. on Friday, March 20, 2015.**

Entered this 10th day of March, 2015.

/s/ *JCA*
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia