# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>                Plaintiff,<br><br>  vs.<br><br>HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County<br><br>                Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE

PLEASE TAKE NOTICE that on Friday, March 20, 2015, at 10:00 a.m., or as soon as the undersigned may be heard, Plaintiff will present her Motion To Strike Defendants' Statement of Undisputed Facts in Support of Their Motion For Partial Summary Judgment or, in the Alternative, for Leave to File Responses. The motion is filed as docket entry 135.

- 2 -

DATED this 10th day of March, 2015　　　Respectfully submitted,

/s/ Deborah A. Yates
Deborah A. Yates (VA Bar No. 74773)
Gregory H. Lantier (VA Bar No. 65657)
James L. Quarles III (VA Bar No. 44993)
WILMER CUTLER PICKERING
　 HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
deborah.yates@wilmerhale.com
gregory.lantier@wilmerhale.com
james.quarles@wilmerhale.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

       I certify that today, March 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

          Jay M. McDannell (VA Bar No. 45630)
          Potomac Law Group, PLLC
          1300 Pennsylvania Avenue, N.W.
          Suite 700
          Washington, DC 20004
          Telephone: 703-718-0171
          Email: jmcdannell@potomaclaw.com

          */s/  Deborah Anne Yates*
          Deborah Anne Yates (VA Bar No. 74773)
          deborah.yates@wilmerhale.com
          WILMER CUTLER PICKERING HALE & DORR LLP
          1875 Pennsylvania Avenue, N.W.
          Washington, D.C. 20006
          Telephone: 202-663-6000
          Fax: 202-663-6363