IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:14-cv-770 (AJT/JFA) |
| | ) |
| HALAH AL-RAWAF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Strike Defendants' Statement of Undisputed Facts, Or, in the Alternative, For Leave to File Responses [Doc. No. 135]. Upon review, it appears to the Court that oral argument would not aid the decisional process at this time, and for that reason, the Court has considered the Motion without oral argument. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, it is hereby

ORDERED that Plaintiff's Motion to Strike [Doc. No. 135] be, the same hereby is, GRANTED in part and DENIED in part. It is GRANTED to the extent that Plaintiff is hereby granted leave to file Plaintiff's Responses to Defendants' Statement of Undisputed Facts, with exhibits, in the form in which they are attached to Plaintiff's Motion [Doc. No. 135-2]; and it is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

March 13, 2015
Alexandria, Virginia