IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| WINFRED MUCHIRA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-770 (AJT/JFA) |
| | ) | |
| HALAH AL-RAWAF, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

[~~PROPOSED~~] ORDER

Upon consideration of Defendants' Motion for Leave to File Out of Time and for good cause shown, Defendants Motion is GRANTED. It is hereby ORDERED that Defendants' Reply in Support of their Motion for Sanctions (Dkt. 144) is accepted for filing.

MARCH 18, 2015
Dated

/s/ JFA
John F. Anderson
United States Magistrate Judge