# MOTION HEARING

Date: 3-20-14
Start: 9:30
Finish: 10:00

Judge: **John F. Anderson**
Reporter: **FTR**
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 14-770 CV

Muchira

vs.

Al-Rawaf et al.

Appearance of Counsel for ( )Pltf   ( ) Deft
( ) Matter is Uncontested
Motion to/for:
129 K's motion - Sanctions - denied

147 - granted

Argued &
( ) Granted ( )Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(X) Order to Follow

32