

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HALAH AL-RAWAF, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:14cv0770 (AJT/JFA) |

## ORDER

On Friday, March 20, 2015, counsel for the parties appeared before the court to present argument on defendants' Renewed Motion for Discovery Sanctions and Motion for Spoliation Sanctions (Docket no. 129). In addition to the motion, brief in support (Docket no. 130), plaintiff's opposition (Docket no. 139), and defendants' reply (Docket no. 144), defendants also requested leave to file a supplemental brief (Docket no. 147). Recognizing the advantages that accompany the review of a full and complete record, the court considered the supplemental filing and exhibits. Accordingly, it is hereby

ORDERED that defendants' Motion for Leave to File Supplemental Brief in Support of Defendants' Renewed Motion for Sanctions (Docket no. 147) is granted. Furthermore, upon consideration of the above-referenced pleadings and for the reasons stated from the bench, it is hereby

ORDERED that defendants' Renewed Motion for Discovery Sanctions and Motion for Spoliation Sanctions (Docket no. 129) is denied. As discussed during the hearing, plaintiff is directed to make the "HTC phone" available for forensic examination by a third party.

Thereafter, plaintiff's counsel may review the report and redact any privileged information before making the report available to the defendants.

Entered this 20th day of March, 2015.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia