## \*\* CIVIL MOTION MINUTES \*\*

Date: **3/20/2015**                       Judge: **Trenga**
                                                   Reporter: **R. Montgomery**

Time: **11:01 – 11:45**

Civil Action Number: **1:14-cv-00770**

**WINFRED MUCHIRA**

vs.

**HALAH AL-RAWAF, et al**

Appearances of Counsel for     (**X**) Defendant        (**X**) Plaintiff

Motion to/for:
Motion for Summary Judgment [125] by deft.

Argued &
( ) Granted      ( ) Denied      ( ) Granted in part/Denied in part
(**X**) Taken Under Advisement      ( ) Continued to

( ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:   Greg Lantier                   Deft.:   Jay McDannell
       Deborah Yates                       Neil Koslowe
       James Quarles, III               Laura Mulry