IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>        Plaintiff,<br><br>vs.<br><br>HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County<br><br>        Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA<br><br>**JURY TRIAL DEMANDED** |

[PROPOSED] **ORDER REGARDING MOTION FOR PERMISSION TO BRING CERTAIN EQUIPMENT FOR USE DURING TECHNOLOGY ORIENTATION**

Before the Court on Plaintiff's motion for permission to bring certain equipment into the courthouse for use during orientation on the Court's evidence presentation system, which is set for April 15, 2015, at 8:30AM and

IT APPEARING to the Court that Plaintiff's motion should be granted, **IT IS HEREBY ORDERED** that Plaintiff's counsel is hereby granted permission of the Court to bring the following equipment into the courthouse on April 15, 2015: one (1) laptop computer with power cables and input/output cords and mouse.

SO ORDERED on this 10th day of April 2015.

                                                                          /s/ JFA<br>
                                                                    John F. Anderson<br>
                                                           United States Magistrate Judge