IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

```
----------------------------------------------------------------------- x
                                            )
WINFRED MUCHIRA,                            )
                                            )
                    Plaintiff,              )
                                            )
        - against -                         )        Civil Action No.
                                            )        1:14-cv-00770-AJT-JFA
HALAH AL-RAWAF, IBRAHIM AL-RASHOUDI,        )
FAHAD AL-RASHOUDI, LULUH AL-RASHOUDI,       )
                                            )
                    Defendants.             )
                                            )
----------------------------------------------------------------------- x
```

## MOTION FOR WITHDRAWAL OF APPEARANCE
## OF JONATHAN R. DEFOSSE

Pursuant to Local Civil Rule 83.1(G), please withdraw the appearance of Jonathan R.

DeFosse, formerly of the firm of Shearman & Sterling LLP, and now with the firm Fried, Frank,

Harris, Shriver & Jacobson LLP, for Defendants Halah Al-Rawaf, Ibrahim Al-Rashoudi, Fahad

Al-Rashoudi and Luluh Al-Rashoudi in the above-captioned action.  Attorney Jay M. McDannell

of the firm Berlik Law LLC will continue as the attorney of record for Defendants Halah Al-

Rawaf, Ibrahim Al-Rashoudi, Fahad Al-Rashoudi and Luluh Al-Rashoudi.

Respectfully submitted,


FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP


By: <u>/s/ Jonthan R. DeFosse</u>
     Jonthan R. DeFosse(VA Bar No. 48220)


801 17th Street, NW
Washington, DC  20006
Telephone:  (202) 639-7277
Facsimile:  (202) 639-7003
Email:  jonathan.defosse@friedfrank.com

*Attorney for Defendants Halah Al-Rawaf,*
*Ibrahim Al-Rashoudi, Fahad Al-Rashoudi and*
*Luluh Al-Rashoudi*


Dated:  April 14, 2015

## CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of April 2015, I will electronically file the foregoing

Motion for Withdrawal of Appearance Jonthan R. DeFosse with the Clerk of Court using the

CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Deborah Anne Yates**
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6726
Fax: 202-663-6363
Email: deborah.yates@wilmerhale.com

**Gregory Hayes Lantier**
Wilmer Cutler Pickering Hale & Dorr LLP (DC)
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Fax: (202) 663-6363
Email: gregory.lantier@wilmerhale.com

**Lee Brinson Warren**
Cook Craig & Francuzenko PLLC
3050 Chain Bridge Road
Suite 200
Fairfax, VA 22030
703-865-7480
Fax: 703-434-3510
Email: lwarren@cookcraig.com

**Susan Rebbeca Podolsky**
The Law Offices of Susan R Podolsky
1800 Diagnal Road
Suite 600
Alexandria, VA 22314
571-366-1702
Fax: 703-647-6009
Email: spodolsky@podolskylaw.com

**Jay Martin McDannell**
Berlik Law LLC
1818 Library Street
Suite 500
Reston, VA 20190
703-718-0171
Fax: 703-649-6459
Email: jmcdannell@McDannellLaw.com

By: /s/ Jonthan R. DeFosse
Jonthan R. DeFosse (VA Bar No. 48220)

FRIED, FRANK, HARRIS, SHRIVER
     & JACOBSON LLP
801 17th Street, NW
Washington, DC 20006
Phone: (202) 639-7277
Facsimile: (202) 639-7003

Email:  jonathan.defosse@friedfrank.com

*Attorney for Defendants Halah Al-Rawaf,
Ibrahim Al-Rashoudi, Fahad Al-Rashoudi
and Luluh Al-Rashoudi*