IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-770 (AJT/JFA) |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendants' Motion for Partial Summary Judgment [Doc. No. 125], the memoranda and exhibits filed in support thereof and in opposition thereto, the arguments of counsel at the hearing held on March 20, 2015, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion for Partial Summary Judgment [Doc. No. 125] be, and the same hereby is, GRANTED in part and DENIED in part; it is GRANTED as to Plaintiff's First, Second, Third, Fourth, Fifth, Sixth, Seventh (except as to conspiracy pertaining to unjust enrichment), Ninth, Tenth, and Twelfth Claims for Relief, and those claims are hereby DISMISSED and it is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

April 15, 2015
Alexandria, Virginia