IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

WINFRED MUCHIRA, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:14-cv-770 (AJT/JFA)
)
HALAH AL-RAWAF, *et al.*, )
)
Defendants. )
_____)

## [PROPOSED] ORDER ALLOWING ELECTRONIC EQUIPMENT TO COURTHOUSE

Having review Defendants motion for permission to bring electronic equipment to the courthouse for use during orientation and mediation and for good cause shown

IT IS HEREBY ORDERED that Defendants counsel is granted permission of the Court to bring the following equipment into the courthouse on April 21, 2015:

Defendants may bring two laptop computers with cords and peripherals to training at 8:30 a.m. on April 21, 2015;

Defendants may bring one laptop, one Ipad and one cellular phone and related cords and peripherals to mediation at 2 p.m. on April 21, 2015.

SO ORDERED on this 20nd day of April 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge