IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14cv0770 (AJT/JFA) |
| ) | |
| HALAH AL-RAWAF, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

For good cause, it is hereby ordered that all litigation related deadlines in this matter, including the jury trial scheduled for May 4, 2015, are hereby stayed. If a stipulated order of dismissal has not been filed with the court by September 17, 2015, counsel shall appear for a status conference before the undersigned on Friday, September 18, 2015 at 10:00 a.m. The Clerk is requested to place this matter among the inactive cases pending the presentation of a dismissal order relating to the remaining claims.

Entered this 22nd day of April, 2015.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia