UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Muchira,

    Plaintiff,

v.

Al-Rawaf, *et al.*,

    Defendants.

Case No. 1:14cv770 (AJT/JFA)

### ORDER GRANTING SUSAN R. PODOLSKY'S MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Having considered the motion of Susan R. Podolsky to withdraw her appearance as counsel for plaintiff and for good cause shown,

IT IS HEREBY ORDERED that Ms. Podolsky's motion is GRANTED, and she is withdrawn as counsel for Plaintiff.

SO ORDERED.

Dated: April 24, 2015

/s/ JFA
John F. Anderson
United States Magistrate Judge