IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WINFRED MUCHIRA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:14cv0770 (AJT/JFA) |
| HALAH AL-RAWAF, *et al.*, | ) |
| Defendants. | ) |

### ORDER

Before the court is the Motion for Withdrawal of Appearance of Jonathan R. Defosse (Docket no. 158) ("Motion to Withdraw"). As stated in the motion, Jay M. McDannell will continue as counsel of record for defendants Halah Al-Rawaf, Ibrahim Al-Rashoudi, Fahad Al-Rashoudi, and Luluh Al-Rashoudi. Accordingly, it is hereby

ORDERED that the Motion to Withdraw is granted.

Entered this 24th day of April, 2015.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia