**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| WINFRED MUCHIRA, | Civil Action No. 1:14-cv-00770-AJT-JFA |
| Plaintiff, | |
| v. | |
| | **JURY TRIAL DEMANDED** |
| HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County | |
| Defendants. | |

**JOINT STIPULATION OF DISMISSAL OF CERTAIN CLAIMS AND ORDER OF JUDGMENT**

It is hereby stipulated and agreed by and among Plaintiff Winfred Muchira and Defendants Halah Al-Rawaf, Ibrahim Al-Rashoudi, Fahad Al-Rashoudi, and Luluh Al-Rashoudi, that:

(1) Pursuant to a Confidential Settlement Agreement, this Court should dismiss the following claims with prejudice: Claims 7 (as to Claim 8), 8, and 11.

(2) Whereas the Court ruled for Defendants on summary judgment of Claims 1, 2, 3, 4, 5, 6, 7 (as to Claims 1-6 and Claims 9-10), 9, 10, and 12, which comprise the remaining claims (D.I. 159), judgment should be entered for Defendants on those claims.

(3) The Court retains jurisdiction for the purposes of enforcing the Confidential Settlement Agreement.

Dated: September 9, 2015

Respectfully submitted,

Plaintiff Winfred Muchira

*/s/ Gregory H. Lantier*
Gregory H. Lantier (VA Bar. No. 65657)
James L. Quarles (VA Bar No. 44993)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
gregory.lantier@wilmerhale.com
james.quarles@wilmerhale.com

*Counsel for Plaintiff*

and

*/s/ Jay M. McDannell*
Jay M. McDannell, Esq. (VA #45630)
Potomac Law Group, LLP
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
Direct: (703) 718-0171
Fax: (202) 318-7707
jmcdannell@thepotomaclawgroup.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| WINFRED MUCHIRA,<br><br>                Plaintiff,<br><br>    v.<br><br>HALAH AL-RAWAF,<br>IBRAHIM AL-RASHOUDI,<br>FAHAD AL-RASHOUDI,<br>LULUH AL-RASHOUDI,<br>10686 Waterfalls Lane<br>Vienna, VA 22182<br>Fairfax County<br><br>                         Defendants. | Civil Action No. 1:14-cv-00770-AJT-JFA<br><br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER OF DISMISSAL OF CERTAIN CLAIMS, AND ORDER OF JUDGMENT

Based on the findings set forth in the Court's April 15, 2015 Memorandum Opinion and Order,

and the Parties' stipulations in their Joint Stipulation Of Dismissal Of Certain Claims and Order

Of Judgment filed in this action:

1.      The Court DISMISSES the following claims with prejudice: Claims 7 (as to Claim 8), 8, and 11.

2.      The Court ORDERS the Clerk to enter FINAL JUDGMENT for Defendants on Claims 1, 2, 3, 4, 5, 6, 7 (as to Claims 1-6 and Claims 9-10), 9, 10, and 12.

3.      The Court retains jurisdiction for the purposes of enforcing the Confidential Settlement Agreement.

4.      The Order is without prejudice to, and does not operate as a waiver of, Plaintiff's right to appeal this Final Judgment.

SO ORDERED this ___ day of _____, 2015.

BY THE COURT:

_____

United States District Judge