IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| **Winfred Muchira** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-00770-AJT-JFA |
| | ) | |
| **Halah Al-Rawaf, et al.** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on September 11, 2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendants and against the plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
G. Walker
Deputy Clerk

Dated: 9/11/15
Alexandria, Virginia