IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

WINFRED MUCHIRA,

          Plaintiff,

vs.

HALAH AL-RAWAF,
IBRAHIM AL-RASHOUDI,
FAHAD AL-RASHOUDI,
LULUH AL-RASHOUDI,
10686 Waterfalls Lane
Vienna, VA 22182
Fairfax County

          Defendants.

Civil Action No. 1:14-cv-00770-AJT-JFA

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE FOR WITHDRAWAL OF CHRISTINA DAVIS

It is hereby ORDERED that the Motion for Withdrawal of Christina Davis as Counsel for Plaintiff is GRANTED.

ENTERED this 22nd day of Sept., 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge