UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2198
(1:14-cv-00770-AJT-JFA)

_____

WINFRED MUCHIRA

      Plaintiff - Appellant

v.

HALAH AL-RAWAF; IBRAHIM AL-RASHOUDI; FAHAD AL-RASHOUDI; LULUH AL-RASHOUDI

      Defendants - Appellees

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:14-cv-00770-AJT-JFA |
| Date notice of appeal filed in originating court: | 10/07/2015 |
| Appellant | Winfred Muchira |
| Appellate Case Number | 15-2198 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |